**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ISAAC D. WARREN,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-15-0590** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **UNITED STATES,** *et al.*, : | |
| : | |
| Respondents : | |

# O R D E R

**AND NOW**, this **18th** day of **NOVEMBER, 2016**, for the reasons set forth in the accompanying memorandum, it is ordered that:

1. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                            **/s/ A. Richard Caputo**
                                            **A. RICHARD CAPUTO**
                                            **United States District Judge**